IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NORMA CHRISTINE FORD, )<br>AS PERSONAL REPRESENTATIVE OF )<br>THE ESTATE OF ROBERT DALE COFFEY, )<br>DECEASED, NOW DECEASED. )<br>          **Plaintiff,** )<br>)<br>v. )<br>)<br>CARING HANDS HEALTH CARE )<br>CENTER, INC., A DOMOSETIC NON PROFIT)<br>CORPORATION, DR. DOUGLAS BROWN, )<br>AN INDIVIDUAL, JOHN DOES 1-30, )<br>UNKNOWN INDIVIDUALS EMPLOYED BY )<br>CARING HANDS HEALTH CARE )<br>CENTERS, INC., )<br>)<br>          **Defendants.** ) | Case No. CIV-15-305-KEW |

**NOTICE OF FILING REMOVAL**
**TO THE UNITED STATES DISTRICT COURT**

TO:  Pittsburg County Court Clerk
     115 E Carl Albert Pkwy Ste. 103
     McAlester, OK 74501

Please take notice that on the 12th day of August, 2015, Mark F. Green, United States Attorney for the Eastern District of Oklahoma, and Cheryl R. Triplett, Assistant United States Attorney, filed in the Office of the Clerk of the United States District Court for the Eastern District of Oklahoma, a Notice of Removal of this action to the said United States District Court. A copy of the Notice of Removal without exhibits is attached hereto.

This Notice of Filing and the copy of the Notice of Removal is filed herein pursuant to 28 U.S.C. §1441(a) and 1442(a).

MARK F. GREEN
United States Attorney

s/ Cheryl R. Triplett
CHERYL R. TRIPLETT OBA 15282
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK  74401
918-684-5111
918-684-5130-fax
Cheryl.triplett@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015, I filed the foregoing pleading electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing:  Eddie Foraker, email: eforaker@stipelaw.com.

Additionally, a true and exact copy of the foregoing was caused to be mailed postage to the following:

| | |
|---|---|
| Brendon Bridges | Anthony Hendricks |
| P.O. Box 310 | CROWE & Dunlevy |
| Eufaula, OK 74432 | 324 N. Robinson Ave. Ste. 100 |
| | Oklahoma City, OK 73102 |

s/ Cheryl R. Triplett
CHERYL R. TRIPLETT
Assistant U.S. Attorney
